UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:06-CV-2099-T-30TBM
MAGISTRATE JUDGE Thomas B. McCoun, III

PAULA NUNNERY, on behalf of herself
and others similarly situated,

    Plaintiff,

vs.

GROELLE & SALMON, P.A., a Florida
Professional Association, ROBERT C.
GROELLE and DAVID J. SALMON

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

This matter came before the Court upon the parties' Joint Motion Requesting In Camera Inspection of the Parties' Settlement Agreement (the "Motion"), and the Court having reviewed the Motion and the parties' settlement documents, and having otherwise been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.     The Parties Settlement is approved by this Court; and

2.     This case is dismissed with prejudice.

DONE AND ORDERED in Tampa, Florida, this 31 day of July, 2007.

                                                      _____
                                                      James S. Moody, Jr.
                                                      United States District Court Judge

Copies furnished to:

Joseph G. Santoro, Esq., Gunster Yoakley & Stewart, P.A., 777 S. Flagler Dr., Suite 500 East, West Palm Beach, FL 33401 (Telephone: 561-650-0605; Facsimile: 561-655-5677; e-mail: jsantoro@gunster.com)

Ryan D. Barack, Esq., Sherwood S. Coleman, Esq., Kwall, Showers, Colman & Barack, P.A., 133 North Fort Harrison Avenue, Clearwarter, FL 33755, (Telephone: 727-441-4947; Facsimile 727-447-3158; e-mail: rbarack@kscblaw.com)

WPB 943986.1